IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUSTIN YOUNGBLOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:15cv-859-WHA |
| ) | |
| TROY CITY MUNICIPAL COURT, et al., ) | (WO) |
| ) | |
| Defendants. ) | |

**ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #9), entered on November 24, 2015. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. Plaintiff's claims against Judge N. J. Cervera are DISMISSED, as they are barred by Judge Cervera's absolute judicial immunity.

2. Plaintiff's state law claims against the Troy City Municipal Court (City of Troy) – to the extent that they arise from Judge Cervera's conduct – are DISMISSED, as they are also precluded by the Defendant Judge's absolute judicial immunity.

3. Plaintiff's § 1983 claims against the Troy City Municipal Court (City of Troy) are DISMISSED in their entirety, as the Complaint does not state a claim for municipal liability under § 1983.

4. This matter is referred back to the Magistrate Judge for further proceedings.

DONE this 9th day of December, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE