IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUSTIN YOUNGBLOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:15-cv-859-WHA |
| ) | |
| TROY CITY MUNICIPAL COURT, et al., ) | (WO) |
| ) | |
| Defendants. ) | |

# **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #18), entered on January 28, 2016.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that Plaintiff's remaining claims against the Troy City Municipal Court (City of Troy) and Officer Wright are DISMISSED without prejudice, as the claims arise under state law exclusively, and there is no pending federal claim to support the continued exercise of supplemental jurisdiction over the claims.  Further, Plaintiff has failed to prosecute this action or to comply with the orders of the court.

DONE this 16th day of February, 2016.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE